1 | G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
2 | 15760 Ventura Blvd., Suite 1100
Encino, CA 91436
3 | Direct Dial: (818) 907-2030
Fax: (818) 205-3730
4 | tom@plglawfirm.com
Attorneys for Plaintiff,
5 | ALMA WEDE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ALMA WEDE, | Case No.: 1:13-cv-01426-AWI-BAM |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| COMPLETE PAYMENT RECOVERY SERVICES, INC.; and DOES 1 to 10, inclusive, | |
| Defendants. | |

Plaintiff, ALMA WEDE, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendant, COMPLETE PAYMENT RECOVERY SERVICES, INC.  The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days.  Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

| | |
|---|---|
| DATED:  December 2, 2013 | RESPECTFULLY SUBMITTED,<br>PRICE LAW GROUP APC |
| | By: /s/ G. Thomas Martin, III<br>G. Thomas Martin, III<br>*Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by Electronic Notification pursuant to ECF procedures on this 2nd day of December, 2013:

JEFFREY A. TOPOR (SBN 195545)
jtopor@snllp.com
LINDSEY A. MORGAN (SBN 274214)
lmorgan@snllp.com
SIMMONDS & NARITA LLP
*Attorneys for defendant,*
*Complete Payment Recovery Services, Inc.*

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III