UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA WEDE, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>COMPLETE PAYMENT RECOVERY SERVICES, INC., <br><br>　　　　Defendant. <br>_____/ | Case No. 1: 13-cv-1426 AWI-BAM <br><br><br>**ORDER AFTER SETTLMENT** |

    Plaintiff Alma Wede has filed a Notice of Settlement indicating that settlement has been reached. (Doc. 9). Pursuant to this Court's Local Rule 160(b), this Court ORDERS the parties, no later than January 13, 2014, to file appropriate papers to dismiss or conclude this action in its entirety.

    This Court VACATES all pending dates and matters.

    Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. See Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

   Dated:  **December 5, 2013**         /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE

1