G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
Attorneys for Plaintiff,
ALMA WEDE

FILED
JAN 0 8 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA WEDE,<br><br>            Plaintiff,<br><br>    vs.<br><br>COMPLETE PAYMENT RECOVERY SERVICES, INC.; and DOES 1 to 10, inclusive,<br><br>            Defendants. | Case No.: 1:13-cv-01426-AWI-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to FRCP 41a(1), Plaintiff, ALMA WEDE, by and though her attorney, hereby voluntarily dismisses the above-entitled case with prejudice.

RESPECTFULLY SUBMITTED,

DATED: January 6, 2014         PRICE LAW GROUP APC

It is so Ordered. Dated: 1-7-14

_____
United States District Judge

By: /s/ G. Thomas Martin, III
    G. Thomas Martin, III
    *Attorney for Plaintiff*

- 1 -

Notice of Voluntary Dismissal